DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH LEE JENKINS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2026-0015

[May 14, 2026]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Hon. Daliah Handel Weiss, Judge; L.T. Case No. 502006CF006629AXXXMB.

Joseph Lee Jenkins, Trenton, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and SHAW, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***